ESTADO LIBRE ASOCIADO DE PUERTO RICO
EN EL TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| AEQUITAS, LLC<br><br>Recurrente<br><br>v.<br><br>JUNTA DE PLANIFICACIÓN<br><br>Recurrido | **KLRA201900413** | *REVISIÓN ADMINISTRATIVA* procedente de la Junta de Planificación de Puerto Rico<br><br>Sobre: Impugnación del "Reglamento Para la Evaluación y Expedición de Permisos Relacionados al Desarrollo, Uso de Terrenos y Operación de Negocios" con vigencia del 7 de junio de 2019. |
| --- | --- | --- |

Panel integrado por su presidente, el Juez Bonilla Ortiz, la Jueza Mateu Meléndez[1] y el Juez Marrero Guerrero[2].

Bonilla Ortiz, Juez Ponente

### **SENTENCIA**

En San Juan, Puerto Rico, a 12 de julio de 2024.

El 4 de marzo de 2020 emitimos una *Sentencia* en el presente caso. En ella atendimos el recurso de título como un recurso de revisión administrativa y declaramos nulo el *Reglamento Conjunto para la Evaluación y Expedición de Permisos Relacionados al Desarrollo, Uso de Terrenos y Operación de Negocios*, el cual fue aprobado por la Junta de Planificación el 7 de mayo de 2019.

Inconforme con nuestra *Sentencia*, el 10 de marzo de 2021, la Junta de Planificación instó un recurso de *certiorari* ante el Tribunal Supremo. El 21 de junio de 2023, éste expidió el auto de *certiorari*, dejando sin

---

[1] En virtud de la Orden Administrativa OATA-2024-083, se designa la Hon. Ana M. Mateu Meléndez en Sustitución de la Hon. Nélida Jimenez Velázquez.
[2] En virtud de la Orden Administrativa OATA-2024-083, se designa al Hon. Ricardo G. Marrero Guerrero, en Sustitución del Hon. Misael Ramos Torres.

efecto nuestra *Sentencia,* devolviéndonos el caso para que procediéramos a desestimar la *Solicitud de Revisión* que instó AEQUITAS, LLC.

## II.

Por los fundamentos que anteceden y en atención al mandato de lo resuelto por el Honorable Tribunal Supremo en el recurso AC-2020-0049 consolidado con CC-2020-0320, **DESESTIMAMOS** la *Solicitud de Revisión* de epígrafe, que instó AEQUITAS, LLC.

Lo pronunció y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones